BLANE A. SMITH (SB# 96795)
FARMER SMITH LAW GROUP, LLP
3640 American River Drive, Suite 150
Sacramento, CA 95864

Telephone: (916) 484-3500
Fax: (916) 484-3510

Attorneys for Plaintiff

E-filing

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT

MASSACHUSETTS BAY INSURANCE COMPANY,

    Plaintiff,

vs.

PETERSEN BUILDERS, INC., and DOES 1 through 100, inclusive,

    Defendants.

Case No. C 07 3116 BZ

COMPLAINT FOR BREACH OF CONTRACT; EQUITABLE REIMBURSEMENT

1. In this civil action, Plaintiff Massachusetts Bay Insurance Company seeks recovery from Defendants Petersen Builders Inc., for sums paid by Plaintiff Massachusetts Bay Insurance Company in the defense and indemnity of Defendants Petersen Builders Inc., in two Sonoma County Superior Court civil actions, *Chapman v. McBail et al.*, Case No. 225864, (hereinafter "Chapman"), and *Stonefield Condominium Association v. Carpenters Pension Trust Fund of Northern California*, Case No. 225862, (hereinafter "Stonefield").

**JURISDICTION**

2. Plaintiff Massachusetts Bay Insurance Company is incorporated in New Hampshire, and has its principal place of business in the State of Massachusetts. Defendant Petersen Builders

- 1 -

COMPLAINT FOR BREACH OF CONTRACT; EQUITABLE REIMBURSEMENT

and has its principal place of business in the State of California. Plaintiff is thus a citizen of the State of Massachusetts while Defendant is a citizen of the State of California. The amount in controversy, in terms of indemnity payments and defense expenses, substantially exceeds $75,000.00. The defense and indemnity of these matters was undertaken in Sonoma County and Petersen Builders is domiciled in Sonoma County. This matter is therefore subject to the courts' diversity jurisdiction and is properly venued in the Northern District of California; jurisdiction is conferred by 28 USC §1332 (a).

3. Pursuant to the terms of policy numbers VDM3271159, VDM3271159 and VDM4914393, of Massachusetts Bay provided Defendant Petersen Builders Inc., with their legal defense against a liability alleged in Chapman and Stonefield. Plaintiff also paid sums in indemnity to secure releases of Defendants Petersen Builders Inc. from both lawsuits.

4. The defense and indemnity provided by Plaintiff, as alleged in the preceding paragraph was provided pursuant to a reservation of Plaintiff's rights to contest the issue of insurance coverage, specifically whether Plaintiff was in fact obliged to defend and indemnify Defendant Petersen Builders Inc. Plaintiff also reserved, at all times relevant during its defense and indemnification of Defendant, the right to seek from Defendant reimbursement of sums expended in the defense and indemnity of Petersen Builders Inc.

## CLAIM FOR BREACH OF CONTRACT

5. Plaintiff Massachusetts Bay Insurance Company agreed to undertake the defense, and possibly to indemnify, Defendant Petersen Builders Inc., in Stonefield pursuant to terms set forth in a letter dated November 19, 2002. This letter expressly provided:

> "Due to the question of coverage, we reserve all rights under the subject contract of insurance to withdraw from the defense of this case and deny coverage at a later date if it is determined that the above captioned policy does not cover this particular loss when all of the facts are investigated. We also reserve the right to seek reimbursement for all expenses paid on your

- 2 -

**COMPLAINT FOR BREACH OF CONTRACT; EQUITABLE REIMBURSEMENT**

behalf."

6. Plaintiff Massachusetts Bay Insurance Company agreed to defend, and possibly to indemnify, Defendant Petersen Builders Inc., in Chapman pursuant to a letter dated January 28, 2003, by which Plaintiff expressly stated that it would,

> "...agree to participate in the defense of Petersen Builders under policies three through seven, under a full reservation of rights under the policies provided..."

The letter further provided,

> "Mass Bay reserves the right to seek reimbursement of any defense fees, costs and expenses in the event it is determined there is no coverage for this loss."

7. Plaintiff Massachusetts Bay incurred significant expenses in the defense of Defendant Petersen Builders Inc., subject to proof at trial. Plaintiff Massachusetts Bay Insurance Company also spent substantial sums to settle both the Stonefield and Chapman matters, subject to proof at trial. Neither the damages confronted by Defendant Petersen Builders Inc., nor the defense provided by Plaintiff Massachusetts Bay Insurance Company Inc., fell within the scope of the policies.

8. A contract thus existed between Plaintiff Massachusetts Bay Insurance Company and Defendant Petersen Builders Inc., the terms of which were specified by the policies and the letters of January 20, 2003 and November 19, 2002.

9. Plaintiff Massachusetts Bay Insurance Company performed all of its obligations under this contract, extending defense and indemnity to defendant Petersen Builders Inc.

10. Defendant Petersen Builders Inc., however, at all times herein mentioned breached the contract by failing and refusing to reimburse Plaintiff Massachusetts Bay Insurance Company Inc., for the sums it had spent in the defense and indemnity of Defendant Petersen Builders Inc., which sums were not in fact covered by the policies, but were spent by Plaintiff Massachusetts Bay Insurance Company pursuant to its expectation of reimbursement from Defendant.

- 3 -

COMPLAINT FOR BREACH OF CONTRACT; EQUITABLE REIMBURSEMENT

13058v1

11. Plaintiff Massachusetts Bay Insurance Company has been damaged in the sums well in excess of the jurisdiction of this court, according to proof.

### CLAIM FOR EQUITABLE REIMBURSEMENT

12. California law recognizes that a liability insurer that defends an insured pursuant to the terms of a commercial liability policy, and reserves its rights to contest coverage and seek reimbursement has, as a matter of equity, a right to recover reimbursement of any sums paid for defense and/or indemnity of the insured, to the extent those sums are spent for defense and indemnity that is not in fact covered by the policy.

13. Plaintiff Massachusetts Bay Insurance Company seeks in this action equitable reimbursement from Defendant Petersen Builders Inc. for all sums spent by Plaintiff Massachusetts Bay Insurance Company for defense and indemnity for damages that were not, in fact, covered by the Massachusetts Bay Insurance Company policies.

### PRAYER

WHEREFORE, Plaintiff Massachusetts Bay Insurance Company respectfully requests that the court award:

1. Damages for breach of contract, according to proof;

2. Reimbursement of defense and indemnity expenses incurred by Plaintiff Massachusetts Bay Insurance Company, subject to proof;

3. Attorney fees and costs of suit; and

4. Such other relief as the court may deem proper.

DATED: May 25, 2007                     FARMER SMITH LAW GROUP, LLP

                                        By _____
                                           Blane A. Smith, Esq.
                                           Attorney for Plaintiff

- 4 -

COMPLAINT FOR BREACH OF CONTRACT; EQUITABLE REIMBURSEMENT

13058v1