UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MASSACHUSETTS BAY INSURANCE
,COMPANY,

        Plaintiff(s),

    v.

PETERSEN BUILDERS, INC., and DOES
'l through 100, inclusive,

        Defendant(s).

No. C 07 3116 BZ

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: ___7/12/07___

Signature

Counsel for _Plaintiff_
(Plaintiff, Defendant or indicate "pro se")