1  BLANE A. SMITH, ESQ. (SB# 96795)
   **FARMER SMITH LAW GROUP, LLP**
2  3640 American River Drive, Suite 150
   Sacramento, CA 95864
3  Telephone: (916) 484-3500
4  Fax: (916) 484-3510

5  Attorneys for Plaintiff

6

7
                    UNITED STATES DISTRICT COURT
8
                 IN AND FOR THE NORTHERN DISTRICT
9

10 MASSACHUSETTS BAY INSURANCE          Case No. C073116BZ
   COMPANY,
11                                      **PROOF OF SERVICE**
                    Plaintiff,
12
         vs.
13
   PETERSEN BUILDERS, INC., and DOES 1
14 through 100, inclusive,

15                  Defendants.

16

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

PROOF OF SERVICE

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Blaine A. Smith, Esq., Bar #61806<br>Farmer Smith Law Group, LLP<br>3620 American River Drive, Ste. 218<br>Sacramento, CA 95864<br>Telephone No: 916-679-6565    FAX No. 916-679-6575 | | |
| Attorney for: Plaintiff | Ref No. or File No: | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United Stated District Court - Northern District Of California | | |
| Plaintiff: Massachusetts Bay Insurance Company | | |
| Defendant: Petersen Builders, Inc., et al. | | |
| **PROOF OF SERVICE** | Hearing Date:  Time:  Dept/Div: | Case Number:<br>C073116BZ |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Orders; Contents Of Joint Case Management Statement; Court Guidelines; Ecf Registration Information Handout; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United Stated District Judge (Blank); Consent To Proceed Before A United States Magistrate Judge (Blank); Consent To Proceed Before A United States Magistrate Judge (Signed)

3. a. Party served:         Petersen Builders, Inc.

4. Address where the party was served:    7706 Bell Road, Suite A
                                           Windsor, CA 95492

5. I served the party:
   b. **by substituted service.** On: Wed., Aug. 15, 2007 at: 2:28PM I left the documents listed in item 2 with or in the presence of:
      Rainy Petersen, Person in Charge
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Wed., Aug. 15, 2007 from: Rohnert Park, CA

7. **Person Who Served Papers:**                                Recoverable Cost Per CCP 1033 5(a)(4)(B)
   a. Delinda McMullen                              d. *The Fee for Service was:*   $90.00



1st Nationwide Legal Services
501 12th Street
Sacramento CA 95814

Voice: 916.449.8990
FAX: 916.449.8991

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.    P-389
      (iii) County:              Sonoma

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Fri, Aug. 17, 2007

PROOF OF SERVICE    *Delinda McMullen*
                    (Delinda McMullen)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007                                                                blasmi.75661