UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MASSACHUSETTS BAY INS. CO.

        Plaintiff(s),

v.

PETERSEN BUILDERS, INC., and
DOES 1 through 100,
        Defendant(s).

Case No. C 073116 BZ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/10/07

                                                      [Party]

Dated: 9/10/07

                                                      [Counsel]