09/11/2007 10:43 7078384981 PETERSEN BLDR PAGE 02
09-10-2007 22:46 From-BEYERS COSTIN 707-528-8872 T-758 P.002/002 F-495

Case 3:07-cv-03116-BZ   Document 8   Filed 09/11/2007   Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MASSACHUSETTS BAY
INSURANCE COMPANY,
           Plaintiff(s),

v.

PETERSEN BUILDERS, INC., et al.
           Defendant(s).

Case No. SCV-07-3116 BZ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/11/07

[Party]

Dated: 9/11/07

Kathleen C. Miller
[Counsel]