<div style="text-align: left; font-size: small;">**United States District Court**
**Northern District of California**</div>

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Massachusetts Bay Insurance Company, | 07-03116 BZ MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Petersen Builders, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **J. Chris Ferry**
> Kelly, Herlihy & Klein
> 44 Montgomery St., Suite 2500
> San Francisco, CA 94104
> 415-951-0535
> jferry@kelher.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

---

**Notice of Appointment of Mediator**
07-03116 BZ MED                                          - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2    L.R. 6-7 shall NOT be filed with the court.

4    Dated: September 18, 2007

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-03116 BZ MED                - 2 -