NORTHERN CALIFORNIA
TELEPHONE (415) 951-0535
FACSIMILE (415) 391-7808
WWW.KELHER.COM

**KELLY, HERLIHY & KLEIN LLP**
ATTORNEYS AT LAW
44 MONTGOMERY STREET
SUITE 2500
SAN FRANCISCO, CALIFORNIA 94104-4602

SOUTHERN CALIFORNIA
11500 OLYMPIC BLVD.,SUITE 400
LOS ANGELES, CA  90064-1528
TELEPHONE (310) 312-4535
FACSIMILE (310) 312-4551

JOHN C. FERRY

September 19, 2007

*Via E-Mail*

Blane Allyn Smith, Esq.
Farmer Smith Law Group, LLP
3640 American River Drive, Suite 150
Sacramento, CA 95864
bsmith@farmersmithlaw.com

Kathleen Cheatum Miller, Esq.
Beyers Costin
200 Fourth Street, Suite 400
Santa Rosa, CA 95401
kmiller@beyerscostin.com

> Re:   Massachusetts Bay Insurance Company v. Petersen Builders, Inc.
>       USDC Case No. 07-03116 BZ MED

Dear Counsel:

  As you know, I have been appointed by the District Court to serve as the mediator in this case under the court's Mediation program.  Please be sure to review carefully ADR L.R. 6 which governs the Mediation program.  I have been an active member of the California Bar since 1982 and the bulk of my experience has been in insurance matters, as both a plaintiff and defense counsel.  Further background information can be obtained from www.kelher.com

  Pursuant to ADR L.R. 6-6, I will conduct a phone conference with all counsel before the formal mediation to discuss the following:

- the procedures to be followed;
- the nature of the case;
- appropriate dates for the mediation and anticipated length of the session;
- the parties who must be present under ADR L.R. 6-9 and the parties who need to be present to have a productive mediation session;
- ideas to improve the effectiveness of the mediation session or matters that could pose impediments;
- requirements for your written mediation statements;
- any questions you might have about how I normally conduct mediations; and
- any questions you might have about the mediation program.

  I anticipate that the telephone conference will last approximately one-half hour.  I have set the telephone conference for **Tuesday, October 2, 2007 at 10:00 a.m.**  I will initiate the call.

## Kelly, Herlihy & Klein LLP

Blane Allyn Smith, Esq.
Kathleen Cheatum Miller, Esq.
Re:  *Mass Bay v. Petersen Bldrs*
September 19, 2007
Page 2


Please call or e-mail my office within 24 hours after receiving this letter to confirm your availability. If you are not available, please let opposing counsel and me know alternative times within a week of this date when you are available.  Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the mediation may be conducted.  In doing so, please keep in mind that the current scheduling order has set ***December 9, 2007,*** as the final date that the mediation can be held.

  My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. '455(a) and (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality.

  I look forward to assisting you on this case.

              Sincerely yours,


              John C.  Ferry

cc: Clerk's Office-ADR Unit, via email