BLANE A. SMITH, ESQ. (SB# 96795)
**FARMER SMITH LAW GROUP, LLP**
3620 American River Drive, Suite 218
Sacramento, CA 95864
Telephone: (916) 679-6565
Fax: (916) 679-6575

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT

| | |
|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PETERSEN BUILDERS, INC., and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. C073116BZ<br><br>**NOTICE OF SETTLEMENT** |

　　　　PLEASE TAKE NOTICE that pursuant to informal agreement between the parties reached on the afternoon of September 20, 2007, this matter has been settled. The parties anticipate that formal closing documents will be filed with the Court within thirty days of the date of this notice.

DATED: September 21, 2007　　　　　　FARMER SMITH LAW GROUP, LLP

　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　Blane A. Smith, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

- 1 -
NOTICE OF SETTLEMENT

14074v1

# CERTIFICATE OF SERVICE

I, Lori Martin, certify as follows:

I am employed in the County of Sacramento, State of California; I am over the age of 18 years and not a party to this action; my business address is 3620 American River Drive, Suite 218, Sacramento, California 95864, in said County and State. On September 21, 2007, I served the within:

## NOTICE OF SETTLEMENT

by placing a true copy thereof in an envelope and addressed to each of the persons named below at the address shown:

| Jim Beyers, Esq.<br>Beyers Costin<br>200 4th Street, Suite 400<br>Santa Rosa, CA 95401-6213<br>Tel: (707) 547-7000<br>Fax: (707) 526-2746 | J. Chris Ferry<br>Kelly, Hurlihy & Klein<br>44 Montgomery Street, Suite 2500<br>San Francisco, CA 94104 |
|---|---|

[X] **BY MAIL:** I placed a true copy in a sealed envelope as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

[ ] **BY FACSIMILE:** From facsimile machine telephone number 916/679-6575, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated.

[ ] **BY FEDERAL EXPRESS:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by Federal Express. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to Federal Express with a fully completed airbill, under which all delivery charges are paid by Farmer Smith Law Group, LLP, that same day in the ordinary course of business.

I certify under penalty of perjury that the foregoing is true and correct, and that this declaration of service was executed on September 21, 2007, at Sacramento, California.

By: _/s/ Lori Martin_
Lori Martin

Farmer Smith
Law Group, LLP

-1-